# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| USENS, INC., <br>         Plaintiff, <br> v. <br> CHONGQING JUNMA NEW ENERGY AUTOMOBILE CO., LTD., et al., <br>         Defendants. | Case No. 19-cv-00315-BLF <br><br> **ORDER TO SHOW CAUSE** |

On August 17, 2021, this Court denied without prejudice Plaintiff's Motion for Default Judgment against the remaining defendants. ECF No. 67. In that order, the Court instructed Plaintiff to file a renewed motion for default judgment with additional evidence, if it chose to do so, by September 24, 2021. *Id.* at 4. Plaintiff did not file a renewed motion by that date.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before October 8, 2021**, why the claims against the remaining defendants should not be dismissed without prejudice. Failure to timely respond to this order to show will result in such dismissal without further notice.

**IT IS SO ORDERED.**

Dated: September 27, 2021

*[signature]*
BETH LABSON FREEMAN
United States District Judge